# MOTION DOCKET

**00–252. E. Liverpool v. Columbia Cty. Budget Comm.**
Board of Tax Appeals, Nos. 97–D–1516 and 97–D–1517. On motion for sanctions by city of East Liverpool. Motion denied as untimely.

F.E. SWEENEY, J., dissents.

**00–495. State v. Iacona.**
Medina App. No. 2891–M. On motion to supplement record. Motion granted.

COOK, J., dissents.

**00–591. State v. Hill.**
Fairfield App. No. 98CA67. On motion to vacate stay issued by Fairfield County Court of Appeals on May 12, 2000. Motion denied.

MOYER, C.J., DOUGLAS and COOK, JJ., dissent.

**00–1934. State v. Lee.**
Auglaize App. No. 2200010. On request for findings of fact and conclusions of law. Request denied.

**00–1984. Aetna Cas. & Sur. Co. v. Goodyear Tire & Rubber Co.**
Summit App. No. 19121. On motion for admission *pro hac vice* of M. Gregg and R. Roloff by L. Bach for Everest Reinsurance Co. and Mt. McKinley etc. and on motion for admission *pro hac vice* of R. Bates, Jr., M. Enriquez, and M. Sullivan for American Re–Insurance Co. Motions granted.

COOK, J., not participating.

**00–2127. Corporate Staffing Resources, Inc. v. Zaino.**
Board of Tax Appeals, No. 97–M–538. On request for argument before full court. Request granted.

**01–317. State v. Biros.**
Trumbull App. No. 91–T–4632. This cause was filed on March 7, 2001, as an appeal from the decision of the court of appeals under App.R. 26(B) in a capital case. On April 24, 2001, appellant filed a Motion to Declare Kenneth Biros Indigent and Refund Filing Fee.

Under S.Ct.Prac.R. XV and Section 2503.17 of the Revised Code, a docket fee shall be paid before an appeal is filed and docketed. Section 3 of S.Ct.Prac.R. XV permits an affidavit of indigency to be filed in lieu of the docket fee. Whereas the rule requires that the docket fee be paid or the affidavit of indigency in lieu of the fee be filed before the appeal is filed and docketed,

IT IS ORDERED by the court that appellant's motion be, and hereby is, denied.

**01–400. State ex rel. Painesville v. Lake Cty. Bd. of Commrs.**
Lake App. No. 99–L–057. On consideration of appellant's motion for remand to the court of appeals.

IT IS HEREBY ORDERED that the motion be, and hereby is, granted and that the case be remanded to the Court of Appeals for Lake County for a judgment on appellant's objections to the magistrate's decision.

**01–483. State ex rel. Potts v. Comm. on Continuing Legal Edn.**
In Mandamus and Prohibition. On answer of respondent. Alternative writs of mandamus and prohibition granted.

RESNICK, J., not participating.